851 A.2d 833

**COMMONWEALTH of Pennsylvania, Department of Environmental Resources, Appellee,**

v.

**BOB NORTH, INC., & Kim Graves, Appellants.**

Supreme Court of Pennsylvania.

May 13, 2004.

### *ORDER*

PER CURIAM.

**AND NOW,** this 13th day of May, 2004, the above captioned appeal is quashed as an interlocutory order pursuant to Rule 341, Pa.R.A.P.